No. 99–9889. LAWTON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

SEPTEMBER 29, 2000

No. 00A241. NIXON, ATTORNEY GENERAL OF MISSOURI, ET AL. v. MISSOURI REPUBLICAN PARTY ET AL. C. A. 8th Cir. Application for stay, presented to JUSTICE THOMAS, and by him referred to the Court, denied. JUSTICE STEVENS would grant the application for stay.